**LAW OFFICE OF THOMAS R. ASHLEY, ESQ.,**
50 Park Place, Suite 1400
Newark, New Jersey 07102
(973) 623-0501
Attorney for Defendant
Damien Spencer

|  |  |
|---|---|
| UNITED STATES OF AMERICA, : | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY CRIMINAL NO. 09-806 |
| vs. : |  |
|  : | **CRIMINAL ACTION** |
| DAMIEN SPENCER, : | ORDER |
| Defendant. : |  |

**THIS MATTER** having been brought before the Court by Thomas R. Ashley, Esq., attorney for defendant, Damien Spencer, and on notice to all interested parties, and the Court having considered the papers submitted, and good cause appearing:

**IT IS ON THIS** _21_ day of _June_, 2011

**ORDERED** that defendant, Damien Spencer be removed from supervised release.

**FURTHER ORDERED** that a copy of this Order shall be served upon all parties within _5_ days of the date hereof.

_____
HONORABLE DENNIS M. CAVANAUGH, U.S.D.J.