LAW OFFICE OF THOMAS R. ASHLEY
50 Park Place, Suite 1400
Newark, New Jersey 0710
(973) 623-0501
Attorney for Defendant
Damien Spencer

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br>CRIMINAL NO. 09-806 |
| vs. | **CRIMINAL ACTION** |
| DAMIEN SPENCER, | ORDER |
| Defendant. |  |

**THIS MATTER** having been brought before the Court by Thomas R. Ashley, Esq, attorney for defendant Damien Spencer, and on notice to all interested parties and the Government and Pretrial Services taking no position with respect to the proposed order, and the Court having considered the papers submitted, and good cause appearing:

IT IS ON THIS __30__ day of __JUNE__, 2011;

**ORDERED** that defendant, Damien Spencer, no longer be required to wear electronic monitoring i.e., ankle bracelet; and

**FURTHER ORDERED** that defendant, Damien Spencer no longer be placed on a curfew and all other conditions of Pretrial Release as set forth in previous orders be maintained.

**FURTHER ORDERED** that a copy of this Order shall be served upon all parties within __5__ days of the date hereof.

_____
HONORABLE DENNIS M. CAVANAUGH, U.S.D.J.